**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **UNM RAINFOREST INNOVATIONS,** | § § § § | |
| *Plaintiff,* | § | |
| **v.** | § § | **CIVIL ACTION NO. 7:26-CV-00058** |
| | § | **JURY TRIAL DEMANDED** |
| **NXP SEMICONDUCTORS N.V.,** | § | |
| **NXP B.V., AND** | § | |
| **NXP USA, INC.,** | § | |
| *Defendants.* | § | |

**PROPOSED SCHEDULING ORDER**

On July 29, 2026, the Court conducted a conference in the above entitled and numbered case. All parties appeared through counsel. As a result of such hearing, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| July 20, 2026 | Plaintiff serves preliminary infringement contentions in the form of a chart, setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| July 20, 2026 | The Parties shall file a motion to enter an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. |
| October 13, 2026 | Defendants serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations Defendants contend are indefinite or lack written description under § 112, and (3) an identification of any claims Defendants contend are directed to ineligible subject matter under § 101. The § 101 contention shall (1) identify the alleged abstract idea, law of nature, and/or natural phenomenon in each challenged claim; (2) identify each claim element alleged to be well-understood, routine, and/or conventional; and (3) to the extent not duplicative of §§ 102/103 prior art contentions, prior art for the contention that claim elements are well-understood, routine, and/or conventional. Defendants shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where |

| | applicable, sufficient to show the operation of the accused product(s). |
|---|---|
| October 19, 2026 | Parties exchange claim terms for construction. |
| November 2, 2026 | Parties exchange proposed claim constructions. |
| November 9, 2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| November 16, 2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| December 4, 2026 | Defendants file Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| December 31, 2026 | Plaintiff files Responsive claim construction brief. |
| January 14, 2027 | Defendants file Reply claim construction brief. |
| January 28 2027 | Plaintiff files Sur-Reply claim construction brief. |
| February 2, 2027 | Parties submit Joint Claim Construction Statement. |
| February 4, 2027 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| February 11, 2027 | *Markman* Hearing. |
| February 12, 2027 | Fact Discovery opens. Deadline to serve Initial Disclosures per Rule 26(a). |
| March 25, 2027 | Deadline to add parties. |
| July 1, 2027 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions.  This deadline does not relieve the parties of their |

| | |
|---|---|
| | obligation to amend if new information is identified after initial contentions. |
| July 29, 2027 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. This includes amendments in response to a 12(c) motion. |
| August 12, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve disputed issues. |
| September 9, 2027 | Close of Fact Discovery Deadline. |
| September 16, 2027 | Opening Expert Reports. |
| October 14, 2027 | Rebuttal Expert Reports. |
| November 4, 2027 | Close of Expert Discovery. |
| November 12, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| November 18, 2027 | Dispositive motion deadline and *Daubert* motion deadline. |
| November 18, 2027 | Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85. |
| December 3, 2027 | Deadline for responses to dispositive and *Daubert* motions |
| December 10, 2027 | Deadline for replies to dispositive and *Daubert* motions |
| December 15, 2027 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, and discovery and deposition designations). |

| December 29, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
|---|---|
| January 10, 2028 | Serve objections to rebuttal disclosures; file motions *in limine*. |
| January 18, 2028 | Parties to contact Court to confirm their pretrial conference and trial dates. |
| January 18, 2028 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| January 25, 2028 | Deadline to meet-and-confer regarding remaining objections and disputes on motions *in limine*. |
| February 3, 2028 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| February 9, 2028 | Final Pretrial Conference. Held in person unless otherwise requested. |
| February 28, 2028 | Jury Selection/Trial. |

SIGNED this _____ day of _____, 20____.


_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

AGREED:

By: */s/ Alfonso Chan*                          
Christopher C. Campbell (VA Bar No. 36244)
ccampbell@cahill.com
Britton F. Davis (CO Bar No. 43909)
bdavis@cahill.com
Alfonso Garcia Chan (TX Bar No. 24012408)
achan@cahill.com
Andrew Cochran (NY Bar No. 5276738)
acochran@cahill.com
Raphael Chabaneix (TX Bar No. 24118352)
rchabaneix@cahill.com
Halima Shukri Ndai (TX Bar No. 24105486)
hndai@cahill.com
**Cahill Gordon & Reindel LLP**
900 16th Street, N.W., Suite 500
Washington, D.C. 20006
Telephone: 202.862.8900

Mark Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
Shuya "Grace" Yang (TX Bar No. 24144144)
gyang@cjsjlaw.com
**Cherry Johnson Siegmund James P.C**.
7901 Fish Pond Rd, Second Floor,
Waco, TX 76710
Telephone: 254.732.2242
Facsimile: 866.627.3509

William D. Ellerman (TX Bar No. 24007151)
wellerman@cjsjlaw.com
Ari Rafilson (TX Bar No. 24060456)
arafilson@cjsjlaw.com
Brett Mangrum (TX Bar No. 24065671)
Bmangrum@CJSJLAW.com
**Cherry Johnson Siegmund James P.C**.
8140 Walnut Hill Ln, Suite 105
Dallas, TX 75231
Telephone: 254.732.2242
Facsimile: 866.627.3509

*Attorneys for Plaintiff*
*UNM Rainforest Innovations*

By: /s/ *Tyler VanHoutan*                          
Tyler VanHoutan
Texas Bar No. 24033290
**MCGUIREWOODS LLP**
845 Texas Ave., 24thFloor
Houston, TX 77002
Telephone: (713) 571-9191
Facsimile: (713) 571-9652
tvanhoutan@mcguirewoods.com

Andriana Shultz Daly (*pro hac vice* pending)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1081
Facsimile: (804) 775-1061
adaly@mcguirewoods.com

Morgan Kurst (*pro hac vice* pending)
**MCGUIREWOODS LLP**
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
mkurst@mcguirewoods.com

*Attorneys for Defendants*
*NXP Semiconductors N.V., NXP B.V., and*
*NXP USA, Inc*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 20, 2026.

/s/ Alfonso Chan
Alfonso Garcia Chan